[No. 49135-4-II.   Division Two.   July 25, 2017.]

MAURICE CRAIN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-14107-1, Philip K. Sorensen, J., entered June 17, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 49172-9-II.   Division Two.   July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG ARNOLD POPEJOY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 16-1-00230-9, Frank E. Cuthbertson, J., entered June 17, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Sutton, J.

[No. 49271-7-II.   Division Two.   July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JARED ALFONS HEMINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 16-1-00040-6, James W. Lawler, J., entered May 20, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 49417-5-II.   Division Two.   July 25, 2017.]

*In the Matter of the Personal Restraint of* PATRICK JOHN MCALLISTER, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Worswick, J.